U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 AUG 18 P 12:00

CLERK
BY ________
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| ANN McKENNA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-103 |
| | ) | |
| VACASA d/b/a VACASA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Following a pre-trial conference, the court schedules a one-week jury trial for February 8-12, 2027. The parties shall complete a mediation session with Eric Johnson by zoom prior to November 1, 2026.

Dated at Burlington, in the District of Vermont, this 18th day of August, 2026.

Geoffrey W. Crawford, Judge
United States District Court